1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAL MANAGEMENT COMPANY, a California corporation,<br><br>   Plaintiff,<br><br>   v.<br><br>TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation,<br><br>   Defendant. | Case No. 2:21-CV-03474-TJH-AGRx<br><br>**ORDER DISMISSING THE ENTIRE ACTION WITH PREJUDICE  [JS-6]** |

1

ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE

Having considered the Stipulation to Dismiss the Entire Action with Prejudice filed by Plaintiff American Management Company and Defendant Travelers Property Casualty Company of America, and for good cause shown,

**IT IS HEREBY ORDERED THAT:**

1. This entire action is dismissed with prejudice, and
2. Each Party is to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: FEBRUARY 4, 2022

By: _____
Honorable Terry J. Hatter Jr.
United States District Judge